**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 7, 2026.**



In The

# Fifteenth Court of Appeals

—————————

## NO. 15-26-00096-CV

—————————

## UCHE OPARAJI, Appellant

## V.

## JOHN SEALY SCHOOL OF MEDICINE, THE UNIVERSITY OF TEXAS MEDICAL BRANCH, Appellee

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 25-CV-1180**

### MEMORANDUM OPINION

Before the Court is Appellant's unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.